UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 11 |
| JOANN LYNN RICCIO | : |
| STEPHEN CARL LARSON | : CASE NO.: 25-21000 |
| Debtors-in-Possession | : |
| | : MAY 7, 2026 |

**DEBTORS' MOTION TO DISMISS CHAPTER 11 CASE**

JoAnn Lynn Riccio and Stephen Carl Larson, (the "Debtors"), through their undersigned counsel, pursuant to 11 U.S.C. § 1112(b)[1] respectfully request the Court to dismiss their chapter 11 case for cause as set forth below. In support of their motion, the Debtors allege:

1. W/L Properties L.L.C., a single asset real estate company which is partially owned by the Debtors ("W/L"), has filed a petition seeking relief under chapter 11 (case number 26-20444).

2. W/L's chapter 11 case provides the Court with jurisdiction over the Debtors' principal asset and facilitates the administration thereof.

3. It is in the best interests of creditors and the estate to dismiss the Debtors' individual chapter 11 case to simplify and streamline the reorganization process, as pertains to the subject commercial property, to the greatest extent possible.

---

[1] Eleven U.S.C. § 1112(b)(1) provides, in pertinent part: "on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment…of a trustee or an examiner is in the best interests of creditors and the estate."

4. The above-captioned case has unique procedural characteristics which are primarily due to its original pro se filing, but there are no "unusual circumstances" within the meaning of 11 U.S.C. § 1112(b)(2)[2], which indicate that dismissing the case is not in the best interests of creditors and the estate.

WHEREFORE, the Debtors pray for an order dismissing the above-captioned chapter 11 case.

Dated at Torrington, Connecticut on May 7, 2026.

DEBTORS,

By: /s/ Edward P. Jurkiewicz____________

Edward P. Jurkiewicz ct04779
Lawrence & Jurkiewicz, LLC
932 East Main Street
Torrington, CT 06790
(860) 264-1551 (telephone)
(860) 626-1305 (fax)
Federal Bar Number ct04779
edwardjurkiewicz@sbcglobal.net

---

[2] Eleven U.S.C. § 1112(b)(2) provides, in pertinent part: "[t]he court may not convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter if the court finds and specifically identifies unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate…."

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 11 |
| JOANN LYNN RICCIO | : |
| STEPHEN CARL LARSON | : CASE NO.: 25-21000 |
| Debtors-in-Possession | : |
| | : MAY 7, 2026 |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**

Debtors' Motion to Dismiss Chapter 11 Case (ECF No. ) having come before the Court and it appearing that said motion should be granted; it is hereby

**ORDERED**: The above-captioned chapter 11 case is dismissed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 11 |
| JOANN LYNN RICCIO | : |
| STEPHEN CARL LARSON | : CASE NO.: 25-21000 |
| Debtors-in-Possession | : |
| | : MAY 7, 2026 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 7, 2026 a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent by e-mail to the below-referenced parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

In accordance with the above, the following were served:

**Via ECF**

Bonnie C. Mangan
Trusteemangan@yahoo.com, ct19@ecfcbis.com; becky.avery@manganlaw.com; adam.lyford@manganlaw.com; julissa.bustamante@manganlaw.com
***(Chapter 7 Trustee)***

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV
***(U.S. Trustee)***

Robert E. Kaelin
rkaelin@harrisbeachmurtha.com
***(Counsel for creditor)***

JoAnn Lynn Riccio
stevejo.larson@comcast.net
***(Debtor)***

**Via First Class Mail**

ATT
Attn: President or Officer
P.O. Box 5014
Carol Stream, IL 60197-5014
***(Creditor)***

Aidvantage
Aidvantage Federal Student Aid Loan Serv
Attn: President or CEO
PO Box 300001
Greenville, TX 75403-3001
***(Creditor)***

Bristol Tax Department
111 North Main Street
Bristol, CT 06010-8112
***(Creditor)***

Chase
Attn: President or Officer
P.O. Box 15123
Wilmington, DE 19850-5123
***(Creditor)***

Comenity Bank/Talbots
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125
***(Creditor)***

AARP/The Hartford
Attn: President or Officer
P.O. Box 660912
Dallas, TX 75266-0912
***(Creditor)***

Bank of America
Attn: President or Officer
PO Box 982238
El Paso, TX 79998-2238
***(Creditor)***

Black Hawk Oil
Attn: President or Officer
PO Box 115
Farmington, CT 06034-0115
***(Creditor)***

Bristol Water Department
Attention: President or Officer
119 Riverside Avenue
Bristol, CT 06010-6322
***(Creditor)***

Connecticut Department of Revenue Services
Attn: Collections Unit- Bankruptcy Team
450 Columbus Blvd Ste 1
Hartford, CT 06103
***(Creditor)***

Citi
Attn: President or Officer
P.O. Box 6004
Sioux Falls, SD 57117-6004
***(Creditor)***

Citibank
Attn: Bankruptcy Department
P.O. Box 790046
St. Louis, MO 63179-0046
***(Creditor)***

Citibank, N.A.
Attn: Bankruptcy Department
5800 S Corporate Pl
Sioux Falls, SD 57108-5027
***(Creditor)***

Collier County Tax Collector
Attn: President or Officer
3291 East Tamiani Trail
Naples, FL 34112-5758
***(Creditor)***

Eversource
Attn: President or Officer
P.O. Box 150443
Hartford, CT 06115-0443
***(Creditor)***

First National Bank of Omaha
Attn: President or Officer
1601 Dodge St
Stop Code 3313
Omaha, NE 68102-1637
***(Creditor)***

First Protective Insurance, Co.
Frontline Insurance Co.
Attn: PO Box 958405
Lake Mary, FL 32795-8045
***(Creditor)***

Home Depot
Attn: President or Officer
PO Box 70600
Philadelphia, PA 19176-0600
***(Creditor)***

Internal Revenue Service
Attn: President or Officer
PO Box 931100
Louisville, KY 40293-1100
***(Creditor)***

JC Penney
Attn: President or Officer
PO Box 71754
Philadelphia, PA 19176-1754
***(Creditor)***

Jefferson Capital Systems LLC
Attn: President or Officer
PO Box 7999
Saint Cloud, MN 56302-7999
***(Creditor)***

Kohls
Attn: President or Officer
PO Box 30285
Salt Lake City, UT 84130-0285
***(Creditor)***

LLBean Mastercard
Attn: President or Officer
PO Box 6744
Sioux Falls, SD 57117-6744
***(Creditor)***

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst NY, 14228-2307
***(Creditor)***

DSNB Macy S
Citibank
Attn: President or Officer
1000 Technology Drive MS 7770
Fallon, MO 63368-2239
***(Creditor)***

Nordstrom Signature Visa
Attn: Bankruptcy
PO Box 6555
Englewood, CO 80155-0000
***(Creditor)***

Power Fuels Propane
Attn: President or Officer
17 Brook Street
Bristol, CT 06010-5488
***(Creditor)***

Progressive/Tracy Driscoll
Attn: President or Officer
PO Box 206
Bristol, CT 06011
***(Creditor)***

Safeco Insurance/Acentria
Attn: President or Officer
11215 Metro Pkwy Bldg 1
Fort Meyers, FL 33966-1206
***(Creditor)***

Steve Wasley
39 Dorset Lane
Farmington, CT 06032-2330
***(Party in interest and Co-Debtor)***

Synchrony
Attn: President or Officer
777 Long Ridge Road
Stamford, CT 06902-1259
***(Creditor)***

Synchrony Bank
Attn: President or Officer
PO Box 965004
Orlando, FL 32896-5004
***(Creditor)***

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-2022
***(Creditor)***

USA Mechanical
Attn: President
15 D International Drive
E. Granby, CT 06026-8714
***(Creditor)***

Wilshire Pines II
Attn: President or Officer
Newell Property Management
5435 Jaeger Rd. #4
Naples, FL 34109-5802
***(Creditor)***

Xfinity-Comcast
Attn: President or Officer
676 Island Pond Road
Manchester, NH 03109-5420
***(Creditor)***

Bonnie C. Mangan
Law Office of Bonnie C. Mangan
1050 Sullivan Avenue
Suite A3
South Windsor, CT 06074-2043
***(Chapter 7 Trustee)***

Karen Wasley
39 Dorset Lane
Farmington, CT 06032
***(Co-Debtor)***

Ralph L. Larson
106 Wildcat Road
Burlington, CT 06013
***(Co-Debtor)***

W/L Properties LLC
Attn: President or CEO
982 Jerome Avenue
Bristol, CT 06010
***(Co-Debtor)***

JoAnn Lynn Riccio
982 Jerome Avenue
Bristol, CT 06010-0301
***(Debtor)***

Stephen Carl Larson
982 Jerome Avenue
Bristol, CT 06010-0301
***(Debtor)***

Dated at Torrington, Connecticut on May 7, 2026.

DEBTORS,

By: /s/ Edward P. Jurkiewicz

Edward P. Jurkiewicz ct04779
Lawrence & Jurkiewicz, LLC
932 East Main Street
Torrington, CT 06790
(860) 264-1551 (telephone)
(860) 626-1305 (fax)
Federal Bar Number ct04779